United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXPERIAN INFORMATION SOLUTIONS CREDIT REPORTING LITIGATION  / | No. C 16-05674 WHA<br>No. C 16-05676 WHA<br>No. C 16-05679 WHA<br>No. C 16-05694 WHA<br>No. C 16-05701 WHA<br>No. C 16-05704 WHA<br>No. C 16-06315 WHA<br>No. C 16-06335 WHA<br>No. C 16-06363 WHA<br>No. C 16-06372 WHA<br>No. C 17-00342 WHA<br>No. C 17-00343 WHA<br>No. C 17-00395 WHA<br>No. C 17-00397 WHA<br>No. C 17-00506 WHA<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

In ten of the above-captioned cases, a combined motion to dismiss is scheduled for hearing on March 23. This particular action, *Case v. Experian*, No. 3:17-cv-00397-WHA, is not a part of that combined motion. Defendants in this action, however, shall have until **28 DAYS** after the Court rules on the aforementioned combined motion to answer or otherwise respond to the complaint. The pending stipulated request to extend the time for defendant Experian Information Solutions, Inc., to respond to the complaint (Dkt. No. 10) is **DENIED** as inconsistent with this order.

**IT IS SO ORDERED.**

Dated: March 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE